# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| JOE LYNN PADDOCK, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | CIV-05-707-R |
| | ) | |
| STATE OF OKLAHOMA AND | ) | |
| ERIC FRANKLIN, Warden, | ) | |
| | ) | |
| Respondents. | | |

## **O R D E R**

Before the Court is the Supplemental Report and Recommendation of United States Magistrates Judge Bana Roberts entered February 29, 2008, ]Doc. No. 21].  No objection to the Supplemental Report and Recommendation has been filed nor has an extension of time in which to object been sought or granted.  Therefore, the Supplemental Report and Recommendation is ADOPTED in its entirety, the petition of Joe Lynn Paddock for a writ of habeas corpus pursuant to 28 U.S.C. § 2254 is DENIED and Petitioner's motion to supplement the record [Doc. No. 19] is DENIED as moot.

It is so ordered this 27th day of March, 2008.

_____
DAVID L. RUSSELL
UNITED STATES DISTRICT JUDGE